THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Johnny Lee Warren, Appellant.
 
 
 

Appeal From Marion County
 Doyet A. Early III, Circuit Court Judge

Unpublished Opinion No. 2007-UP-222
Submitted May 1, 2007  Filed May 14, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Edgar  L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Warren appeals his guilty plea to first-degree criminal sexual conduct as well as his sentence of fifteen years in prison.  His counsel contends the plea did not meet the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Warrens appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.